

**GRANTED**

The moving party is hereby ORDERED to provide a copy of this Order to any pro se parties who have entered an appearance in this action within 10 days from the date of this order.

BY THE COURT

*R. Thomas Moorhead*
R. Thomas Moorhead
District Court Judge

---

DISTRICT COURT, EAGLE COUNTY, COLORADO
Court Address:     885 Chambers Avenue
                   Eagle, CO  81631

**Plaintiff:** NINA ETTAWIL

v.

**Defendants:** DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE OF THE INDYMAC INDX MORTGAGE TRUST 2007-AR19, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-AR19 UNDER THE POLLING AND SERVICE AGREEMENT DATED JULY 1, 2007, *et al.*

▲ COURT USE ONLY ▲

Case Number: 2011cv131

Div: 3

**[PROPOSED] ORDER GRANTING DEFENDANT RADIAN GUARANTY, INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

THE COURT, having reviewed Defendant Radian Guaranty, Inc.'s ("Radian") Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint, and being fully advised in the premises and good cause shown therefor, HEREBY

ORDERS that the Motion shall be and hereby is GRANTED.  Radian shall have through and including March 22, 2011, to respond to Plaintiff's Verified Complaint.

DONE this _____ day of _____, 2011.

BY THE COURT

_____
DISTRICT COURT JUDGE

4828-8405-1720.1

This document constitutes a ruling of the court and should be treated as such.

**Current Date:**  Mar 10, 2011