## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

**Civil Action No.: 11-cv-00628-DME-MJW**

NINA ETTAWIL,

       Plaintiff,

v.

DEUTSCHE BANK NATIONAL TRUST COMPANY; INDYMAC FINANCIAL SERVICES INC.; RADIAN GUARANTY INC.,

       Defendants.

---

### ORDER VACATING CURRENT DEADLINES AND ISSUING NEW REPORTING DATE OF AUGUST 18, 2011

       This matter comes before the Court whereby Plaintiff Nina Ettawil and defendants Deutsche Bank National Trust Company, Indymac Financial Services, Inc. n/k/a OneWest Bank, FSB (collectively, the "Bank Defendants"), and Radian Guaranty, Inc. ("Radian") have reached a settlement and are in the process of drafting and finalizing the settlement agreement and thus jointly move the Court to administratively close this case pursuant to D.C.Colo.LCivR 41.2 [Doc. No. 26]. The Court has reviewed the motion and is otherwise sufficiently advised in the premises. All pending deadlines and hearings (including the Bank Defendants and Radian's deadline to respond to Plaintiff's Complaint on or before July 8, 2011) are hereby vacated. If for any reason the parties become unable to finalize the settlement and submit settlement papers to

the Court by August 18, 2011, the parties are ORDERED to file a joint status report advising the Court of the current status of the case.

SIGNED this 11th day of July, 2011.

BY THE COURT:

*s/ David M. Ebel*

The Honorable David M. Ebel