UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 11-cv-00628-DME-MJW

NINA ETTAWIL,

      Plaintiff,

v.

DEUTSCHE BANK NATIONAL TRUST COMPANY; INDYMAC FINANCIAL SERVICES INC.; RADIAN GUARANTY INC.,

      Defendants.

## ORDER OF DISMISSAL

THIS MATTER comes before the Court upon review of the file. On January 18, 2012, this Court issued a minute order stating that the Court will dismiss this case with prejudice unless one or both parties show cause before February 29, 2012, as to why such an order of dismissal should not be entered. To date, no such party has shown cause.

IT IS THEREFORE ORDERED that this case is dismissed with prejudice. Each party is to bear their own attorney fees and costs.

DONE AND SIGNED this   7th   day of March, 2012.

                                        BY THE COURT:

                                        *s/ David M. Ebel*

                                        David M. Ebel
                                        U.S. Circuit Court Judge
                                        District of Colorado